

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2013

No. 04-13-00409-CR and 04-13-00410-CR

Roy **MARTINEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1530-CR and 13-0756-CR-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

The court reporter's notices of late record are **DENIED AS MOOT**. Appellant has filed motions seeking to dismiss these appeals.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2013.

_____
Keith E. Hottle
Clerk of Court